■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYAN MCCLURKIN, Appellant. [933 NYS2d 573]—

Upon this Court's independent review of the record, we conclude that potentially nonfrivolous issues exist with respect to, inter alia, the denial of the defendant's pro se application to withdraw his pleas of guilty (*see People v Heffelfinger*, 13 AD3d 648, 649 [2004]). Accordingly, assignment of new counsel is warranted (*see People v Stokes*, 95 NY2d 633, 638 [2001]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]). Skelos, J.P., Angiolillo, Belen, Lott and Roman, JJ., concur.